UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR RODAS, et al.,

    Plaintiffs,

    v.

ROBERT MCCULLOUGH, et al.,

    Defendants.
_____/

No. C 12-2541 PJH

**ORDER**

    It is hereby ORDERED that plaintiffs Victor Rodas, Alex Rodas, Edy Rodas, Yoni Rodas, Nelson Herrera, and Arnoldo Mendez shall personally appear at the hearing on the motion of Frank S. Moore and Suzy C. Moore of the Law Offices of Frank S. Moore to withdraw as counsel of record for plaintiffs.

    The motion is presently set for hearing on Wednesday, June 5, 2013, at 9:a.m., in Courtroom 3 of the Federal Courthouse, 1301 Clay Street, South Tower, Oakland, California.  The court requires the personal appearance of all plaintiffs before counsel's request can be granted.

    It is further ORDERED that plaintiffs' counsel promptly serve a copy of this order on each plaintiff, and file a certificate of service with the court.

**IT IS SO ORDERED.**

Dated: May 21, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge