UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR RODAS, et al.,

    Plaintiffs,   No. C 12-2541 PJH

    v.   **ORDER**

ROBERT MCCULLOUGH, et al.,

    Defendants.

_____/

    The motion of Frank S. Moore and Suzy C. Moore of the Law Office of Frank S. Moore for an order granting leave to withdraw as counsel of record for plaintiffs Victor Rodas, Alex Rodas, Edy Rodas, Yoni Rodas, Nelson Herrera, and Arnoldo Mendez came on for hearing before this court on June 5, 2013.  Appearing at he hearing were Frank S. Moore, counsel for plaintiffs, and Mark Peters, counsel for defendants.

    On May 21, 2013, the court issued an order directing the plaintiffs to personally appear at the June 5, 2013 hearing, and also directing plaintiff's counsel to serve the plaintiffs with a copy of the order.  Mr. Moore filed a proof of service with the court on May 21, 2013, showing service of the order on each of the six plaintiffs.  However, none of the plaintiffs appeared.  Because the plaintiffs (several of whom apparently do not speak English) were not present, the court advised Mr. Moore that the motion could not be granted at that time.

    The matter is continued 30 days to provide the parties with an opportunity to reach settlements and to submit dismissals to the court.  The court will conduct a case management conference on July 11, 2013, at 2:00 p.m., in Courtroom 3 of the Federal Courthouse, 1301 Clay Street, South Tower, Oakland, California.

Plaintiffs are hereby ORDERED to appear at the case management conference. Counsel is directed to promptly serve a copy of this order on each of the plaintiffs, and to file a proof of service with the court. Plaintiffs are cautioned that the court will dismiss the case for lack of prosecution if they fail to appear at the July 11, 2013 case management conference.

**IT IS SO ORDERED.**

Dated: June 7, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge